# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HABER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No: CV 22-8870-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [27]** |

Based on the parties' stipulation, and good cause appearing therefor, the stipulation is APPROVED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED:  November 28, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE